McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00108-LJO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEJANDRO CABRERA-GALLEGOS, | TRIAL DATE: March 24, 2020 TIME: 8:30 a.m. COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on March 24, 2020.

2.      By this stipulation, defendant now moves to continue the trial date until June 2, 2020, and to exclude time between March 24, 2020, and June 2, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes numerous reports and video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review discovery and discuss potential resolutions with his client.

1          c)       Counsel for defendant believes that failure to grant the above-requested

2   continuance would deny him/her the reasonable time necessary for effective preparation, taking

3   into account the exercise of due diligence.

4          d)       The government agrees that a continuance will allow the parties to continue to

5   negotiate a potential resolution and to prepare for trial in the even that those negotiations fall

6   through..

7          e)       Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10         f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of March 24, 2020 to June 2, 2020,

12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13  because it results from a continuance granted by the Court at defendant's request on the basis of

14  the Court's finding that the ends of justice served by taking such action outweigh the best interest

15  of the public and the defendant in a speedy trial.

16      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18  must commence.

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

IT IS SO STIPULATED.


Dated: January 16, 2020                    McGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ KATHERINE E. SCHUH
                                           KATHERINE E. SCHUH
                                           Assistant United States Attorney


Dated: January 16, 2020                    /s/ Gary Huss
                                           Gary Huss
                                           Counsel for Defendant
                                           ALEJANDRO CABRERA-
                                           GALLEGOS



## FINDINGS AND ORDER

IT IS SO FOUND


IT IS SO ORDERED.

Dated:  **January 21, 2020**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE